# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Allstar Fire Equipment Co. |
| Defendant 4 | Amerex Corporation |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | Arkema, Inc. |
| Defendant 7 | BASF Corporation |
| Defendant 8 | Buckeye Fire Equipment Company |
| Defendant 9 | Carrier Global Corporation |
| Defendant 10 | ChemDesign Products, Inc. |
| Defendant 11 | Chemguard, Inc. |
| Defendant 12 | Chemicals Incorporated |
| Defendant 13 | Chubb Fire, LTD |
| Defendant 14 | Clariant Corp. |
| Defendant 15 | Corteva, Inc. |
| Defendant 16 | Deepwater Chemicals, Inc. |
| Defendant 17 | DuPont De Nemours, Inc. (f/k/a DowDuPont, Inc.) |
| Defendant 18 | Dynax Corporation |
| Defendant 19 | EIDP, Inc. (f/k/a E.I. Du Pont De Nemours and Company |
| Defendant 20 | Kidde PLC |
| Defendant 21 | Nation Ford Chemical Company |
| Defendant 22 | National Foam, Inc. |
| Defendant 23 | Raytheon Technologies Corporation |
| Defendant 24 | The Chemours Company |
| Defendant 25 | The Chemours Company FC, L.L.C. |
| Defendant 26 | Tyco Fire Products L.P. |
| Defendant 27 | United Technologies Corporation (n/k/a RTX Corporation) |
| Defendant 28 | UTC Fire & Security Americas Corporation, Inc. |

| Defendant 29 | |
|---|---|
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiffs allege jurisdiction based on:

    ☐ Diversity

    ☒ Federal Question

    ☐ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

    The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

>Count I – Defective Design
>Count II – Failure to Warn
>Count III – Negligence
>Count IV – Negligence Per Se
>Count V – Trespass and Battery
>Count VI – Strict Product Liability
>Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
>Count VIII – Concealment, Misrepresentation, and Fraud
>Count IX – Conspiracy
>Count X – Wrongful Death
>Count XI – Loss of Consortium
>
>Other Causes of Action:
>Count XII  – Gross Negligence
>Count XIII – Negligent Misrepresentation
>Count XIV – Willful & Wanton Misconduct
>Count XV  – Punitive Damages
>Count XVI – Tolling of the Statute of Limitations – Discovery Rule & Fraudulent Concealment
>Count XVII – _____
>Count XVIII – _____
>Count XIX – _____
>Count XX  – _____
>Others
>_____
>_____
>_____

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date:  August 31, 2025

Respectfully Submitted,

**MATTHEWS & ASSOCIATES**

*/s/ David P. Matthews*
David P. Matthews
Texas Bar No. 13206200
Wendy C. Elsey
Texas Bar No. 24053186
2905 Sackett St.
Houston, TX 77098
Tel: (713) 522-5250
Fac: (713) 535-7184
dmatthews@thematthewslawfirm.com
welsey@thematthewslawfirm.com

*Counsel for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

|   | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | De Rossett, Dean | XX/XX/1966 | WA | Western District of Washington | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 2. | Decoste, Debra | XX/XX/1960 | NE | District of Nebraska | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 3. | DeLeon, Jaime | XX/XX/1977 | CA | Eastern District of California | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 4. | Dillard, Mark | XX/XX/1972 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 5. | Di-Masi, John | XX/XX/1937 | GA | Southern District of Florida | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 6. | Dinges, Shannon | XX/XX/1972 | OH | Northern District of West Virginia | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 7. | DiPrima, Kenneth | XX/XX/1943 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 8. | Domino, Elodia | XX/XX/1973 | CT | District of Massachusetts | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 9. | Dorjath, Neda | XX/XX/1945 | CA | Northern District of California | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 10. | Downard, James | XX/XX/1960 | WA | Eastern District of Washington | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 11. | Edmonds, Saliet | XX/XX/1997 | NC | Eastern District of North Carolina | No | Yes | No | Thyroid Cancer; Thyroid Disease | I-IX; XII-XVI |
| 12. | Enochs, Ronnie | XX/XX/1990 | IN | Southern District of Indiana | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 13. | Enriquez, Manuel | XX/XX/2002 | CA | Central District of California | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 14. | Escobar, Silvestre | XX/XX/1972 | CA | Central District of California | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 15. | Estrada, Francisco | XX/XX/1978 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 16. | Evans, Jerry | XX/XX/1961 | LA | Middle District of Louisiana | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 17. | Fairfield, Peter | XX/XX/1949 | CA | Northern District of California | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | Fambrough, John | XX/XX/1981 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 19. | Farinella, Anthony | XX/XX/1978 | NY | Eastern District of New York | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 20. | Fetty, Collin | XX/XX/1993 | NJ | District of New Jersey | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 21. | Finley, John | XX/XX/1955 | CT | District of Connecticut | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 22. | Forest, Richard | XX/XX/1965 | MA | District of Massachusetts | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 23. | Foster, Trina | XX/XX/1966 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 24. | Franklin, Richard | XX/XX/1966 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 25. | Frantz, John | XX/XX/1961 | PA | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 26. | Fuller, Ronald | XX/XX/1959 | AR | Eastern District of Washington | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 27. | Ganci, Joseph | XX/XX/1960 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 28. | Garibay, Ernest | XX/XX/1964 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Giani, Antonio | XX/XX/1965 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 30. | Gnad, Tiffany | XX/XX/1977 | CA | Central District of California | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 31. | Gomez, Adriana | XX/XX/1989 | CA | Central District of California | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 32. | Gonzalez, Kevin | XX/XX/1992 | CA | Central District of California | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 33. | Gonzalez, Mirian | XX/XX/1973 | IL | Northern District of Illinois | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 34. | Gratton, Michael | XX/XX/1980 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 35. | Greco, Sabrina | XX/XX/1961 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 36. | Greenia, Peter | XX/XX/1963 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 37. | Gutierrez, Federico | XX/XX/1965 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 38. | Hamm, Jennifer | XX/XX/1981 | OH | Southern District of Ohio | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 39. | Hanson, Lisa | XX/XX/1967 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer; Thyroid Cancer | I-IX; XII-XVI |
| 40. | Harper, Odell | XX/XX/1979 | PA | Eastern District of Pennsylvania | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 41. | Harris, Morris | XX/XX/1956 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 42. | Harrison, Antoinette | XX/XX/1985 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 43. | Harrison, Kimberly | XX/XX/1960 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 44. | Harvey, Bianca | XX/XX/1991 | NC | Middle District of North Carolina | No | Yes | No | Thyroid Cancer; Thyroid Disease | I-IX; XII-XVI |
| 45. | Hayes, Colleen | XX/XX/1971 | CT | District of Connecticut | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 46. | Hendricks, Tyree | XX/XX/1978 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 47. | Henthorn-Harper, Kirsten | XX/XX/1964 | CA | Central District of California | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 48. | Herrera, Jimmy | XX/XX/1954 | WI | Western District of Wisconsin | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 49. | Hidalgo, Anna | XX/XX/1966 | CA | Central District of California | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 50. | Higgins, Adam | XX/XX/1983 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 51. | Higgins, Jacob | XX/XX/1985 | TX | Northern District of Texas | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 52. | Higgins, Lucas | XX/XX/1985 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | I-IX; XII-XVI |
| 53. | Hiner, Tony | XX/XX/1954 | MI | Western District of Michigan | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 54. | Hogan, Paulette | XX/XX/1964 | MA | District of Massachusetts | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 55. | Horton, James | XX/XX/1942 | PA | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 56. | Hrbek, Stephen | XX/XX/1957 | NH | District of New Hampshire | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 57. | Hubbart, Dante | XX/XX/1987 | SC | District of South Carolina | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 58. | Hughes, Robert | XX/XX/1964 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 59. | Hunt, Janey | XX/XX/1945 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 60. | Hutcheson, Donald | XX/XX/1969 | GA | Southern District of Georgia | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 61. | Jackson, Ronald | XX/XX/1961 | LA | Central District of California | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 62. | Jaquette, Michael | XX/XX/1959 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 63. | Jelliff, Jessica | XX/XX/1979 | NY | Western District of New York | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 64. | Jensen, Galen | XX/XX/1963 | MT | District of Montana | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 65. | Johnson, Marilyn | XX/XX/1967 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 66. | Johnson, Tamika | XX/XX/1976 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 67. | Jones, Bradley | XX/XX/1956 | NM | District of New Mexico | No | Yes | No | Liver Cancer | I-IX; XII-XVI |
| 68. | Jones, Cheryl | XX/XX/1974 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 69. | Jones, Crystal | XX/XX/1980 | MD | District of Maryland | No | Yes | No | Thyroid Cancer | I-IX; XII-XVI |
| 70. | Joye, Fred | XX/XX/1956 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 71. | Kelm, Wallace | XX/XX/1951 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 72. | Kilbride, John | XX/XX/1954 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 73. | Kilpatrick, Deborah | XX/XX/1962 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 74. | Kinzie, Adam | XX/XX/1981 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 75. | Kirkpatrick, Dusty | XX/XX/1966 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | I-IX; XII-XVI |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |